JS-6

Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Jessica M. Iglesias (SBN 280484)
  iglesias@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant Wells Fargo Bank, N.A. (*erroneously sued as* "Wells Fargo & Company")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROWENA KAMARATUNGA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK & COMPANY, a corporation; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. CV 20-03369 DSF<br><br>[Assigned to Hon. Dale S. Fischer]<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL**<br><br>Date Filed:   February 5, 2020<br>Trial Date:   N/A |

391122.1

## ORDER

Pursuant to the request filed by the Parties under Federal Rules of Civil Procedure Rule 41 and good cause appearing therefor, the Court orders as follows: The entire action is hereby DISMISSED.

IT IS SO ORDERED.

DATED: December 1, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

391122.1

2

ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL